## Case No. 911.

BANK OF THE UNITED STATES v. BUS-
SARD.

[3 Cranch, C. C. 173.] [1]

Circuit Court, District of Columbia. May
Term, 1827.

NEGOTIABLE INSTRUMENTS—DEMAND AT PLACE OF
PAYMENT.

In an action against the maker of a promisso-
ry note, it is not necessary to show a demand
of payment at the bank in which it is made
payable.

[See Wallace v. McConnell, 13 Pet. (38 U. S.)
136; Covington v. Comstock, 14 Pet. (39
U. S.) 43; Brabston v. Gibson, 9 How.
(50 U. S.) 263; Chillicothe Branch of State
Bank of Ohio v. Fox, Case No. 2,683; Ken-
dall v. Badger, Id. 7,691.]

At law. Assumpsit against [Daniel Bus-
sard] the maker of a promissory note, to
the order of William King, for $10,255, for
value received, "negotiable and payable at
the Bank of Columbia."

Judgment was confessed, subject to the
opinion of the court, whether the plaintiffs
could maintain the action without averring
and proving demand of payment at the
Bank of Columbia.

Mr. Lear, for plaintiffs, cited President,
etc., of Bank of U. S. v. Smith, 11 Wheat.
[24 U. S.] 171.

Mr. C. C. Lee, for the defendant, cited
Beverley v. Beverley, in this court, at Al-
exandria, [Case No. 1,376,] not then decided,
and Rowe v. Young, 2 Brod. & B. 165, 2
Bligh, 391.

THE COURT (CRANCH, Chief Judge,
doubting) decided that it was not necessary
for the plaintiffs to aver or prove a demand
of payment at the Bank of Columbia, in
this action against the maker.